Argued February 3, decided February 10, 1914.

## NOB HILL GARAGE & AUTO CO. v. BARDE.

(138 Pac. 836.)

**Costs—Persons Entitled—Prevailing Party.**
  Under Section 562, L. O. L., giving the plaintiff costs under certain conditions, where plaintiff recovers a judgment of $269 in a law action, he is entitled to costs.

> [As to allowance of costs in equity and at law, see note in 16 Am. Dec. 405. As to charges recoverable as costs by prevailing party, see note in 88 Am. Dec. 181.]

From Multnomah: HENRY E. McGINN, Judge.

This is an action by the Nob Hill Garage & Auto Co. against M. Barde and J. N. Barde. From a judgment in favor of plaintiff, but requiring each party to pay their own costs, plaintiff appeals.      MODIFIED.

For appellant there was a brief and an oral argument by *Mr. Alfred P. Dobson.*

No appearance for respondents except a brief submitted over the names of *Messrs. Giltner & Sewall* and *Mr. Edward J. Brazell.*

Department 2.  Opinion by MR. CHIEF JUSTICE McBRIDE.

This was an action at law. The Circuit Court found that defendants were indebted to plaintiff in the sum of $269, and rendered judgment for that sum, but also adjudged that each party pay its own costs. In an action at law, costs follow the judgment as a matter of course: Sections 562, 564, L. O. L.

Let a judgment be entered in favor of plaintiff for $269, and for its costs and disbursements in the court below and in this court.      MODIFIED.

MR. JUSTICE BEAN, MR. JUSTICE EAKIN and MR. JUSTICE McNARY concur.